# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| JESSICA SCHMIDT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>UCB, INC., a California corporation, JASON MONTAGNA, an individual, JERON EVANS, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 8:20-cv-00744-JLS (ADSx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Assigned for All Purposes To:<br>District Judge Josephine L. Staton<br>Ctrm: 10A<br><br>Action Filed: February 10, 2020 |

Having considered Plaintiff Jessica Schmidt and Defendants UCB, Inc. and Jeron Evan's Joint Stipulation for Dismissal with Prejudice of the entire action, and good cause appearing,

THIS COURT ORDERS AS FOLLOWS:

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS HEREBY ORDERED.

Dated: October 13, 2020

Hon. Josephine L. Staton
Judge, United States District Court

